IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **WAYNE REDDICK**<br><br>*Plaintiff*,<br><br>v.<br><br>**U.S. ARMY and U.S. MARINE CORPS**,<br><br>*Defendants*. | **CIVIL ACTION NO.**<br>**5:22-cv-00297-TES** |

**SECOND ORDER RE: LEAVE TO PROCEED *IN FORMA PAUPERIS***

Plaintiff Wayne Reddick has filed a Motion to Proceed *In Forma Pauperis* [Doc. 6]; however, his motion is not on the Court's standard form. So that the Court can evaluate whether Plaintiff is entitled to proceed *in forma pauperis*, the Court **DIRECTS** the Clerk of Court to, once more, mail Plaintiff an "Application to Proceed in District Court Without Prepaying Fees or Costs" ("IFP Application").[1]

This is the second time the Court has mailed Plaintiff an IFP Application. *See* [Doc. 5]. The contents of Plaintiff's handwritten Motion to Proceed *In Forma Pauperis* stating that he wants to "proceed in the district court . . . without prepaying fee[s] or costs" is insufficient for the Court to evaluate whether Plaintiff is entitled to such leave, and it is **DENIED**.

---

[1] The Court's IFP Application is also available online at https://www.uscourts.gov/forms/fee-waiver-application-forms/application-proceed-district-court-without-prepaying-fees-or.

If Plaintiff wants to proceed *in forma pauperis*, he must fully complete the form included with this Order. No other forms of submission will be considered. Once Plaintiff fully completes the IFP Application, he must return it to the Court by *September 13, 2022*. As the Court has already told Plaintiff once, if it does not receive either the required $402 filing fee or a fully completed IFP Application, this action will be dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b) and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order."). No further warnings will be provided.

**SO ORDERED**, this 30th day of August 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
